MARY A. CRONIN v. THE CITY OF NEW YORK.— *Motion denied, with ten dollars costs.* Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JUAN GALLEGO v. JUAN SISO SUAREZ and Others.— *Motion granted.* Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JOSEPH M. KLEIN v. WILLIAM R. KLEIN.— Motion granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ETHEL R. RYSKIND v. MORRIE RYSKIND.— Motion denied, and appellant's time in which to comply with order or judgment of December 16, 1930, extended until five days after service of order of this court entered February 27, 1931, affirming order of February 2, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JOHN CAMPO v. HERMAN LEBOWITZ.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THOMAS J. LAVAN v. STERLING MOTOR TRUCK COMPANY OF NEW YORK, INC.— Motion denied, and stay vacated. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

RAY GOLDSTEIN v. LOUIS GUERRE, Impleaded, etc.— Motion granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

MORRIS J. KANDEL v. P. G. HOUSING, INC., and Others, Impleaded with EDWARD BARONDESS and Others.— Motion denied. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

BEATRICE SCHRIER, by FANNIE SCHRIER, Her Guardian ad Litem, v. CHARLES JAVITZ and Others, Impleaded with JOSEPH PERLBINDER.— Motion denied. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

SCOTT'S PREPARATIONS, INC., v. V. VIVAUDOU, INC.— Motion denied. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

DORIS ENDOR v. CHICK ENDOR.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

SAMUEL KUBIE v. NAVARRO OPERATING CO., INC.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

GRENDON DEVELOPMENT CORPORATION and Others v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK and Others, Impleaded with LILLIAN TONKIN.— Motion granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Petition of GRENDON DEVELOPMENT CORPORATION, Plaintiff, for an Order Distributing and Disposing of a Certain Money Deposit in the Hands of this Court, to Wit, in the Hands of the Chamberlain of the City of New York. GRENDON DEVELOPMENT CORPORATION and Another v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK and Others, Impleaded with LILLIAN TONKIN.— Motion withdrawn, with ten dollars costs to respondents, appeal from order of February 11, 1931, withdrawn, and stay vacated. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of CHARLES FIRESTONE, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of HYMAN ORLEAN, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Finch, McAvoy, Martin and O'Malley, JJ.